IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JUSTIN CORNELL,
    Plaintiff,

v.                                                      Civil No. 3:23cv489 (DJN)

VIRGINIA DEPARTMENT
OF CORRECTIONS, *et al.*,
    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. To state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's current allegations fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on February 14, 2024, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. (ECF No. 13.) The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action. (*Id.*)

By Memorandum Order entered on March 25, 2024, the Court granted Plaintiff an extension of twenty (20) days from the date of entry thereof to file particularized complaint. More than twenty (20) days have elapsed since the entry of the March 25, 2024 Memorandum Order. (ECF No. 15.) Plaintiff failed to submit a particularized complaint. Accordingly, the

action will be DISMISSED WITHOUT PREJUDICE. Plaintiff's outstanding Motions (ECF Nos. 6, 11–12) will be DENIED.

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                 /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: April 18, 2024